**Dismissed; Opinion Filed November 7, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01146-CV

### AMANDA KELLY, Appellant
### V.
### ALJEN ENTERPRISES D/B/A AAMCO OF DALLAS, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-05672-D**

## MEMORANDUM OPINION

Before Justices Francis, Stoddart, and Schenck
Opinion by Justice Stoddart

Before the Court is appellant's October 26, 2016 motion to dismiss this appeal. We grant

the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Craig Stoddart/
CRAIG STODDART
JUSTICE

161146F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AMANDA KELLY, Appellant

No. 05-16-01146-CV          V.

ALJEN ENTERPRISES D/B/A AAMCO
OF DALLAS, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-15-05672-D.
Opinion delivered by Justice Stoddart,
Justices Francis and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ALJEN ENTERPRISES D/B/A AAMCO OF DALLAS recover their costs of this appeal, if any, from appellant AMANDA KELLY.

Judgment entered this 7th day of November, 2016.